FILED
2019 Aug-09  PM 12:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONETT WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-456-GMB |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On August 8, 2019, the parties filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 15.  Accordingly, this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on August 9, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE